# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ATWATER PARTNERS OF TEXAS LLC,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>AT&T, INC. *et al..*<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:10-cv-00175-TJW<br><br>**JURY TRIAL DEMANDED** |

## ATWATER PARTNERS OF TEXAS LLC'S NOTICE OF ADDITIONAL DISCLOSURES

Atwater Partners of Texas LLC, Plaintiff in the above-entitled and numbered civil action, on this date made the additional disclosures required by Paragraph 3(c) of the Court's Discovery Order.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　_/s/ Scott Stevens_

　　　　　　　　　　　　　　　　Scott E. Stevens
　　　　　　　　　　　　　　　　State Bar No. 00792024
　　　　　　　　　　　　　　　　Gregory P. Love
　　　　　　　　　　　　　　　　State Bar No. 24013060
　　　　　　　　　　　　　　　　Darrell G. Dotson
　　　　　　　　　　　　　　　　State Bar No. 24002010
　　　　　　　　　　　　　　　　STEVENS LOVE
　　　　　　　　　　　　　　　　P.O. Box 3427
　　　　　　　　　　　　　　　　Longview, Texas  75606
　　　　　　　　　　　　　　　　Telephone:  (903) 753–6760
　　　　　　　　　　　　　　　　Facsimile:  (903) 753–6761
　　　　　　　　　　　　　　　　greg@stevenslove.com
　　　　　　　　　　　　　　　　scott@stevenslove.com
　　　　　　　　　　　　　　　　darrell@stevenslove.com

　　　　　　　　　　　　　　　　Attorneys for Atwater Partners of Texas LLC

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 25th day of July, 2011.

_____
Scott E. Stevens